UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARIES EVANS,

     Plaintiff,

                                         Case No. 24-cv-10908
v.                                      Hon. Matthew F. Leitman

BRIAN TENNISWOOD, *et al.*,

     Defendants.

_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is

**DISMISSED**.

                                    KINIKIA ESSIX
                                    CLERK OF COURT

                      By:    s/Holly A. Ryan_____
                                    Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 11, 2026
Detroit, Michigan

1